No. 73–6188. URBANIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6193. TOMPKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6249. BROWN v. SWENSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–6257. SMITH v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6260. COLLINS v. DALLAS COUNTY JAIL SHERIFFS DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6262. LANDRY v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–6265. O'BERRY v. JORANDBY ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6266. LINDSEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–6270. HINTON v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–6273. SIMS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No, 73–6275. MAGEE v. GEARY, SHERIFF. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–6278. BATES v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.